IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRA GONZALEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the Social | : | |
| Security Administration | : | NO. 13-562 |

## ORDER

**AND NOW**, this 18th day of October, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice dated September 12, 2013, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's request for review is **DENIED**; and

3. **JUDGMENT** is **ENTERED** in favor of the Defendant.

BY THE COURT:

John R. Padova, J.